IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 7768 |
| LAW EXCAVATING, INC., an Illinois corporation, | ) ) | JUDGE JOHN J. THARP, JR. |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT
AND FOR AN ORDER DIRECTING DEFENDANT TO OBTAIN
A WAGE AND WELFARE BOND OR CASH BOND**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, LAW EXCAVATING, INC., an Illinois corporation, in the total amount of $1,882.58, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,818.25.

Plaintiffs move for an order directing Defendant, LAW EXCAVATING, INC., an Illinois corporation, to obtain and furnish to the Plaintiffs a wage and welfare bond or cash bond in the amount of $25,000.00, which has been determined by the Plaintiffs to be consistent with the anticipated future obligations of the Defendant, with reputable surety thereon and the Plaintiffs named as obligees thereunder.

On November 29, 2018, the Summons and Complaint was served on Defendant's Registered Agent (by tendering a copy of said documents to Chrystal R. Bingham, Secretary) at the registered office of record in Illinois (a copy of the Summons and Affidavit of Service is attached hereto).

Therefore, Defendant's answer was due on December 20, 2018. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Law Excavating\motion for entry of default and judgment and order for bond.cmc.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>28th</u> day of <u>December 2018</u>:

        Mr. David D. Shockey, Registered Agent
        Law Excavating, Inc.
        208 W. Stephenson Street
        Freeport, IL   61032

        /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Law Excavating\motion for entry of default and judgment and order for bond.cmc.df.wpd